UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| Andrew Latham Cremens, ) | CASE NO. 12-79108-PWB |
| Debtor. ) | |
| | |
| Nationstar Mortgage, LLC, as servicing agent for ) | |
| SARM 2004-16, ) | |
| Movant, ) | |
| v. ) | CONTESTED MATTER |
| ) | |
| Andrew Latham Cremens, Debtor, ) | |
| Edwin K. Palmer, Trustee, ) | |
| Respondents. ) | |

NOTICE OF HEARING

Nationstar Mortgage, LLC, as servicing agent for SARM 2004-16, for itself, its successors and assigns, (the "Movant") filed a Motion for Relief from Stay, seeking relief from the automatic stay of 11 U.S.C. §362 with respect to Debtor's real property located at 37 Wild Pine Way, Highlands, NC 28741. **Hearing will be held on this motion in Courtroom 1401, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia at 1:30 p.m., on January 30, 2013.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including

addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least three business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Movant waives the provisions of §362(e)(2). Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated:  January 11, 2013

_____/s/_____
Richard B. Maner
Counsel for Movant
GA Bar No. 486588
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA  30328
Phone: (404) 252-6385; Fax: (404) 252-6394
*rmaner@rbmlegal.com*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| Andrew Latham Cremens, ) | CASE NO. 12-79108-PWB |
| Debtor. ) | |
| | |
| Nationstar Mortgage, LLC, as servicing agent for ) | |
| SARM 2004-16, ) | |
| Movant, ) | |
| v. ) | CONTESTED MATTER |
| ) | |
| Andrew Latham Cremens, Debtor, ) | |
| Edwin K. Palmer, Trustee, ) | |
| Respondents. ) | |

## MOTION FOR RELIEF FROM STAY

COMES NOW, Nationstar Mortgage, LLC, as servicing agent for SARM 2004-16, for itself, its successors and assigns, (the "Movant") and moves this Court for relief from the automatic stay pursuant to 11 U.S.C. §362. In support thereof, Movant shows the Court as follows:

1.

Movant is the holder of a Deed to Secure Debt (the "Security Deed"), which describes certain real property purportedly owned by Debtor located at 37 Wild Pine Way, Highlands, NC 28741 (the "Property"). The Property is security for a promissory note (the "Note") held by Movant.

2.

Debtor filed for relief under Chapter 7 of the U.S. Bankruptcy Code on 11/26/2012.

3.

Debtor is contractually due for 11/1/2010 and is in arrears in excess of $55,536.37.

4.

The approximate total payoff is $434,411.81, as of the date of filing of this motion, as well as all other charges specified in the loan documents held by Movant and by applicable law.

5.

Market value of the Property is unknown as of the date of filing of this motion.

6.

Because Debtor has demonstrated a continuing default and the clear inability to make payments required by the loan documents and the provisions of the bankruptcy code, Movant is not adequately protected.  For the above and foregoing reasons, Movant asserts cause exists sufficient to waive the requirements of Bankruptcy Rule 4001(a)(3), therefore allowing an Order to be effective upon entry.

7.

Because the Security Deed provides that Debtor is responsible for Movant's attorney's fees in pursuing legal action such as this, Movant is entitled to have reasonable attorney's fees assessed against the Property, under 11 U.S.C. §506(b) (unless it is shown clearly that there is no equity in the security property).

WHEREFORE, the Movant prays for an Order relieving it from the automatic stay of 11 U.S.C. §362, authorizing Movant to proceed with the exercise of the private power of sale and foreclosure under its Security Deed; any dispossessory proceedings, if necessary, all in accordance with and pursuant to appropriate state statutes; and the collection of reasonable attorney's fees under 11 USC §506(b).  Movant further prays that the provisions of Bankruptcy Rule 4001(a)(3) be waived so that such Order be effective upon entry.

This 11 day of January, 2013.

Respectfully Submitted,

_____/s/_____
Richard B. Maner
Counsel for Movant
GA Bar No. 486588
RICHARD B. MANER, P.C.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA  30328
Phone: (404) 252-6385; Fax: (404) 252-6394
rmaner@rbmlegal.com

**Certificate of Service**

I, Richard B. Maner, certify that I am over the age of 18 and that on January 11, 2013, I served a copy of Movant's **MOTION FOR RELIEF FROM STAY** and **NOTICE OF HEARING** electronically. Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage prepaid on the following persons or entities at the addresses stated:

Andrew Latham Cremens
1230 Castle Pointe Lane
Grayson, GA  30017

Richard K. Valldejuli, Jr.
2199 Lenox Road
Suite A
Atlanta, GA  30324

Edwin K. Palmer, Esq.
Chapter 7 Trustee
P.O. Box 1284
Decatur, GA  30031

Dated: January 11, 2013

_____/s/_____
Richard B. Maner
Counsel for Movant
GA Bar No. 486588
RICHARD B. MANER, P.C.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA  30328
Phone: (404) 252-6385; Fax: (404) 252-6394
rmaner@rbmlegal.com