IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ANDREW LATHAM CREMENS, | ) | CASE NO. 12-79108-PWB |
| | ) | |
| Debtor, | ) | |
| | ) | |

**AMENDMENT TO CHAPTER 7**
**STATEMENT OF FINANCIAL AFFAIRS**

**COMES NOW,** the Debtor herein, and amends his Chapter 7 schedules as follows:

**STATEMENT OF FINANCIAL AFFAIRS:** Debtor amends his responses to questions **10(a) Other Transfers** to disclose the August, 2011 transfer of four (4) properties to Green Oak Enterprises, LLC.

Attached hereto and made part of this amendment are the responses to question 10(a) of the Statement of Financial Affairs.

**WHEREFORE**, Debtor prays that this amendment be accepted and his case be administered as amended herein.

This 26th day of February, 2013.

_____/S/_____
Richard K. Valldejuli, Jr.
Ga. State Bar # 723225
Attorney for Debtor

Valldejuli & Associates, LLC
2199 Lenox Road, Suite A
Atlanta, Georgia 30324
(404) 636-9957

B7 (Official Form 7) (12/12)

UNITED STATES BANKRUPTCY COURT
Northern District of Georgia - Atlanta Division

In Re **Andrew Latham Cremens**                              Case No. **12-79108-PWB - Amended**
                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE | |
|---|---|---|---|
| **2012(db)** | 60,372.00 | **Employment (Gainco, Inc.)** | **FY: 1/1/12 to Date** |
| **2011(db)** | $66,252.00 | **Employment (Gainco, Inc.)** | **FY: 1/1/11 to 12/31/11** |
| **2010(db)** | $66,260.00 | **Employment (Gainco, Inc.)** | **FY: 1/1/10 to 12/31/10** |
| | | | |
| **2012(nfs)** | $0.00 | **Employment (Eva & Erma's House, LLC since 8/11)** | **FY: 1/1/12 to Date** |
| **2011(nfs)** | $0.00 | **Unemployed** | **FY: 1/1/11 to 12/31/11** |
| **2010(nfs)** | $0.00 | **Unemployed** | **FY: 1/1/10 to 12/31/10** |

**10. Other transfers**

None ☐    a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Green Oak Enterprises, LLC**<br>**1230 Castle Pointe Lane**<br>**Grayson, GA 30017**<br>**Currently under Chapter 11 Case No. 12-58823-CRM**<br>**Relationship: Debtor spouse sole member of LLC** | **August 2011** | **Single family home at:**<br>**2603 West Regal Court**<br>**Lawrenceville, GA 30044**<br>**Ocwen Loan $104,000.00; FMV 59,000.00** |
| **Green Oak Enterprises, LLC**<br>**1230 Castle Pointe Lane**<br>**Grayson, GA 30017**<br>**Currently under Chapter 11 Case No. 12-58823-CRM**<br>**Relationship: Debtor spouse sole member of LLC** | **August 2011** | **Condominium located at:**<br>**655 East Campus Drive**<br>**Athens, GA 30605**<br>**American Home Mort $73,602.44; FMV $52,000.00** |
| **Green Oak Enterprises, LLC**<br>**1230 Castle Pointe Lane**<br>**Grayson, GA 30017**<br>**Currently under Chapter 11 Case No. 12-58823-CRM**<br>**Relationship: Debtor spouse sole member of LLC** | **August 2011** | **Single family home at:**<br>**2641 Abington Drive**<br>**Snellville, GA 30078**<br>**Ocwen Loan $ 108,613.78; FMV: $70,000.00** |
| **Green Oak Enterprises, LLC**<br>**1230 Castle Pointe Lane**<br>**Grayson, GA 30017**<br>**Currently under Chapter 11 Case No. 12-58823-CRM**<br>**Relationship: Debtor spouse sole member of LLC** | **August 2011** | **Single family home at:**<br>**4721 Cedar Drive**<br>**Loganville, GA 30052**<br>**Saxon Mortgage: $ 116,000.00; FMV: $70,000.00** |

B7 (12/12)    12

_____

**24. Tax Consolidation Group**

None ☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER (EIN)

_____

**25. Pension Funds**

None ☒    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER IDENTIFICATION NUMBER (EIN)

\*   \*   \*   \*   \*   \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **2/25/13**        Signature of Debtor    **/s/ Andrew Latham Cremens**
                                                **ANDREW LATHAM CREMENS**

B6 (Official Form 6 - Declaration) (12/07)

In re __Andrew Latham Cremens__
           Debtor

Case No. __12-79108-PWB - Amended__
        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __16__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __2/25/13__

Signature: __/s/ Andrew Latham Cremens__
           Debtor

Date _____

Signature: __Not Applicable__
        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any,
of Bankruptcy Petition Preparer

_____
Social Security No.
*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this day served all parties in the foregoing matter with a copy of this foregoing *AMENDMENT TO CHAPTER 7 STATEMENT OF FINANCIAL AFFAIRS* by ECF transmission to:

**Office of the United States Trustee**
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

**Edwin K. Palmer**
P.O. Box 1284
Decatur, GA 30031
(404) 479-4449
ekpalmerlaw@aol.com

      This 26th day of February, 2013.

                                                        _____/S/_____
                                                        Richard K. Valldejuli, Jr.
                                                       Ga. State Bar # 723225

Valldejuli & Associates, LLC           Attorney for Debtor
2199 Lenox Road, Suite A
Atlanta, Georgia 30324
(404) 636-9957