IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ANDREW LATHAM CREMENS | : | CHAPTER 7 |
| | : | |
| Debtor | : | CASE NO.: 12-79108-PWB |

================================================================

**MOTION TO REOPEN CLOSED BANKRUPTCY CASE
IN ORDER TO AVOID LIEN**

**COMES NOW,** the Debtor, by and through his Attorney, Howard Slomka, Esq., and requests that the Court reopen this Chapter 7 bankruptcy case following the Order of Discharge entered on March 5, 2013 (Doc. No. 24) and Chapter 7 case closure on March 20, 2013, showing the Court the following:

1.

Debtor reported in its Schedule D a secured debt payable to United Community Bank ("UCB") secured by Lot 15 in Highlands, NC. Debtor also disclosed in question 4(a) of the Statement of Financial Affairs that he had suffered a judgment to UCB in 201 and a related domestication of that judgment in Gwinnett County, GA in 2012, pre-petition.

2.

Unknown to Debtor, UCB had recorded its Writ of Fieri Facias ("FiFa") with Clerk of Superior Court Gwinnett County, Georgia, Lien Book 03608, Page 0144 on April 4, 2012. The Fifa, now more than 7 years old, is dormant in accordance with OCGA § 9-12-60. Debtor wishes to avoid the FiFa and the judgment lien held by UCB attached to Debtor's property.

3.

Debtor seeks to reopen this case to file a Motion to Avoid Lien held by UCB UCB's lien impairs the exemptions claimed by the Debtor in the personal and real property identified in Schedule A and B of Debtor's voluntary petition and the amount of the exemption that the Debtor could claim if there were no liens on the property exceeds the value of the Debtor's interest in the property that they would have in the absence of any liens.

WHEREFORE DEBTOR PRAYS that the Court reopen this closed bankruptcy case so Debtor can avoid the lien held by UCB

This 26 day of March, 2021

Respectfully,

_____/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
6400 Powers Ferry Road, NW
Suite 391
Atlanta, GA 30339

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ANDREW LATHAM CREMENS | : | CHAPTER 7 |
| | : | |
| Debtor | : | CASE NO.: 12-79108-PWB |

================================================================

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Debtor, ANDREW CREMENS has filed a Motion to Reopen Closed Bankruptcy Case in Order to Avoid Lien and related papers with the Court seeking an order.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 1401, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at **10:00 a.m. on May 20, 2021**

**\*Given the current public health crisis, hearings may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB website prior to the hearing for instructions on whether to appear in person or by phone.**

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You

may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least three business days before the hearing.  The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.


Dated: March 26, 2021                     _____/s/_____
                                                              Howard Slomka, Esq.
                                                              Georgia Bar # 652875
                                                              Slipakoff & Slomka, PC
                                                              Attorney for Debtor
                                                              6400 Powers Ferry Road, NW
                                                              Suite 391
                                                              Atlanta, GA 30339

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: :
:
ANDREW LATHAM CREMENS : CHAPTER 7
:
Debtor : CASE NO.: 12-79108-PWB
================================================================

CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing Motion to Reopen Closed Bankruptcy Case in Order to Avoid Lien and Notice of Hearing upon the following by depositing a copy in the United States First Class Mail in a properly addressed envelope with adequate postage affixed there on to:

Chapter 7 Trustee
Edwin K. Palmer
PO Box 1284
Decatur, GA 30031

**Andrew Latham Cremens**
1230 Castle Pointe Lane
Grayson, GA 30017

U.S. Trustee (served via ECF)
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

SEE ATTACHED FOR ADDITIONAL CREDITORS

DATED: March 26, 2021

_____/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
6400 Powers Ferry Road, NW
Suite 391
Atlanta, GA 30339

```
Label Matrix for local noticing        Andrew Latham Cremens              Melissa J. Davey
113E-1                                 1230 Castle Pointe Lane            Stites & Harbison, PLLC
Case 12-79108-pwb                      Grayson, GA 30017-1079             2800 Suntrust Plaza
Northern District of Georgia                                              303 Peachtree Street, NE
Atlanta                                                                   Atlanta, GA 30308-3272
Fri Mar 26 10:46:10 EDT 2021

Richard B. Maner                       Mark A. Pinkston, Esq.             Office of the United States Trustee
Richard B. Maner, P.C.                 Van Winkle, Buck, Wall, et al      362 Richard Russell Building
5775 Glenridge Drive                   11 North Market Street             75 Ted Turner Drive, SW
Building D, Suite 100                  P.O. Box 7376                      Atlanta, GA 30303-3315
Atlanta, GA 30328-5390                 Ashville, NC 28802-8506

Edwin K. Palmer                        Rogers, Townsend & Thomas, PC      (p)US BANK
P.O. Box 1284                          For Aurora Loan Services           PO BOX 5229
Decatur, GA 30031-1284                 2550 West Tyvola Road              CINCINNATI OH 45201-5229
                                       Suite 520
                                       Charlotte, NC 28217-4551

Stites & Harbison, PLLC                United Community Bank              United Community Bank
3030 Peachtree Street, NE              c/o Stites & Harbison, PLLC        P.O. Box 800
2800 Sun Trust Plaza                   303 Peachtree Street, NE           Murphy, NC 28906-0800
Atlanta, GA  30308                     2800 SunTrust Plaza
                                       Atlanta, GA 30308

Richard K. Valldejuli Jr.
Valldejuli & Associates, LLC
Suite A
2199 Lenox Road, NE
Atlanta, GA 30324-4342
```