

**IT IS ORDERED as set forth below:**

**Date: July 21, 2021**

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 12-79108-PWB |
| ANDREW LATHAM CREMENS, | CHAPTER 7 |
|    Debtor. | |
| ANDREW LATHAM CREMENS, | JUDGE BONAPFEL |
|    Movant, | |
| v. | CONTESTED MATTER |
| UNITED COMMUNITY BANK, | |
|    Respondent. | |

## O R D E R

     Before the Court is the Motion to Avoid Lien (the "Motion") of the above-named Debtor, as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). (Docket No. 30) This matter was heard on July 15, 2021. This Respondent has not filed a response nor opposed the Motion at the hearing; thus, the Motion is deemed to be unopposed. *See* BLR 6008-1(b), N.D. Ga. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the lien held by the Respondent upon exempt property of the above-named Movant is **AVOIDED** to the extent that such lien impairs an exemption to which Movant would have been entitled pursuant to 11 U.S.C. § 522(b).

The Clerk of Court is directed to serve a copy of this Order on the parties on the below distribution list.

END OF DOCUMENT

DISTRIBUTION LIST

Andrew Latham Cremens
1230 Castle Pointe Lane
Grayson, GA 30017

Howard P. Slomka
Slipakoff & Slomka, PC
Suite 391
6400 Powers Ferry Road NW
Atlanta, GA 30339

Edwin K. Palmer
P.O. Box 1284
Decatur, GA 30031

Eric Breithaupt, Esq.
Stites & Harbison
303 Peachtree Street NS
2800 Suntrust Plaza
Atlanta, GA 30308

United Community Bank
c/o CT Corporation
289 South Culver Street
Lawrenceville, GA 30046